FILED

JUL 14 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:22 CR 387 |
| v. | ) | Title 21, United States Code, |
| MICHAEL EDWARDS, | ) | Sections 841(a)(1) and (b)(1)(C); |
| | ) | Title 18, United States Code, |
| Defendant. | ) | Sections 922(n) and 924(a)(1)(D) |

**JUDGE OLIVER**

COUNT 1
(Distribution of Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about September 21, 2020, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL EDWARDS did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

ENHANCED PENALTY UNDER TITLE 21,
UNITED STATES CODE, SECTION 841(b)(1)(C)
(Death Resulting from Use of Controlled Substance,
21 U.S.C. § 841(b)(1)(C))

2. The allegations of Count 1 are hereby re-alleged and incorporated herein. On or about September 21, 2020, in the Northern District of Ohio, Eastern Division, A.S., a person whose identity is known to the Grand Jury, did ingest and overdose on a controlled substance, namely fentanyl, which Defendant had distributed to A.S.

3. As a result of Defendant's distribution of fentanyl, as alleged in Count 1, A.S.' death did result from the use of fentanyl, a Schedule II controlled substance.

All in violation of the enhanced penalty provisions of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2
(Receipt of a Firearm by a Person Under Indictment,
18 U.S.C. §§ 922(n) and 924(a)(1)(D))

The Grand Jury further charges:

4. On or about May 23, 2022, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL EDWARDS, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl, in case number 1:21-CR-126, in United States District Court for the Northern District of Ohio, did willfully receive a firearm, that is, a Springfield Armory model XDS 9mm pistol, bearing serial number S4931217, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## FORFEITURE

The Grand Jury further charges:

5. The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853 (drug offense) and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) (firearms offense). As a result of these offenses, Defendant MICHAEL EDWARDS shall forfeit to the United States: (i) any and all property constituting, or derived from, any

proceeds the Defendant obtained, directly or indirectly, as the result of the drug offense; (ii) any and all of the Defendant's property used - or intended to be used - in any manner or part, to commit or to facilitate the commission of the drug offense; and, (iii) any and all firearms and ammunition involved in or used in the commission of the firearms offense; including, but not limited to, the following:

    a.)    Springfield Armory model XDS 9mm pistol, bearing serial number S4931217, and any ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.