UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:22 CR 387 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| MICHAEL EDWARDS, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Amanda M. Knapp, regarding the change of plea hearing of Michael Edwards, which was referred to the Magistrate Judge with the consent of the parties.

    On July 14, 2022 the government filed a 2 count Indictment, charging Defendant Edwards Distribution of Fentanyl, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and Receipt of a Firearm by a Person Under Indictment, in violation of Title 18 U.S.C. §§ 922(n) and 924(a)(1)(D). On August 15, 2022 Magistrate Judge Knapp held an arraignment, during which Mr. Edwards entered a plea of not guilty to the charges. On February 15, 2023 Magistrate Judge Knapp received Defendant's plea of guilty to count 1 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

    Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

    On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant

Edwards is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Michael Edwards is adjudged guilty to count 1 of the Indictment, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be held on June 7, 2023 at 12:00 p.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

March 13, 2023